**Opinion issued July 26, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00529-CR

———————————

## IN RE MICHAEL DONNELL PRUITT, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Michael Donnell Pruitt, proceeding *pro se* and incarcerated, has filed an "Application For Writ of Mandamus" seeking to compel the respondents, listed as "Chief District Attorney John Lewis" and "Judge Susan Brown," to rule

on his pending *pro se* pre-trial motions and writ of mandamus filed in his underlying criminal proceeding.[1]

We construe the application as a petition for writ of mandamus, but deny the petition. *See* TEX. R. APP. P. 52.8(a), (d). We dismiss all pending motions as moot.

## PER CURIAM

Panel consists of Justices Higley, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. Michael Donnell Pruitt*, Cause No. 1502019, pending in the 185th District Court, Harris County, Texas, The Honorable Susan Brown presiding.